UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERMILIO RODRIGUEZ MORALES, | ) ) ) | Case No. CV 13-1985 DSF (MRW) |
| Petitioner, vs. | ) ) ) | JUDGMENT |
| WARDEN, | ) ) ) | |
| Respondent. | ) ) | |

Pursuant to this Court's Order,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATE: April 1, 2013

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE